No. 779.—PEÑA, peticionario, *v.* LA CORTE MUNICIPAL DE HUMACAO, HON. MIGUEL A. BURSET, JUEZ, dmdo.—▇▇▇▇ Junio 23, 1931.

(Por la corte, a propuesta del Juez Asociado Sr. Hutchison.)

Examinada la petición que antecede, aclare el peticionario si constan o no de la faz de los autos en la corte municipal todos los hechos alegados como fundamentos de dicha petición y especialmente el hecho de haberse llevado a cabo

el procedimiento de que se queja a puertas cerradas y haberse denegado una solicitud presentada por el peticionario en el sentido de que la vista fuese pública, acompañándose a su escrito aclaratorio un memorándum de autoridades en apoyo de su alegado derecho a un término de 24 horas o más para preparar y presentar su defensa y un *affidavit* de méritos demostrativo de la naturaleza de tal defensa y el perjuicio que haya podido sufrir el peticionario por habérsele negado tal derecho.